# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOHNATHAN J. ETHRIDGE**                                               **PLAINTIFF**

**v.**                                                            **Civil No. 3:22-cv-198-BWR**

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social*
*Security Administration*                                               **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the decision of the Acting Commissioner of Social Security denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income is **AFFIRMED**, and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of May 2023.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE